■ GENERAL STEEL PRODUCTS CORP., Respondent, v. PAUL STONE et al., Individually and as Copartners Doing Business under the Name of STONE

CONSTRUCTION Co., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.